UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __4__

---------------------------------------------------------

Reyes

-v-

Napoli

---------------------------------------------------------

USCA NO. _____

SDNY NO. 07cv-7140

JUDGE: __KMW__

DATE: Sept. 20, 2007

INDEX TO THE RECORD ON APPEAL

*U.S. DISTRICT COURT FILED SEP 20 2007* (stamp)

PREPARED BY (NAME) _____THOMAS PISARCZYK_____
           FIRM _____APPEALS SECTION_____
        ADDRESS UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
                500 PEARL STREET, NEW YORK, NEW YORK 10007
       PHONE NO. _____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES -----------------------------------------------------

DOCUMENTS                                                                    DOC#

---

Clerk's Certificate
See Attached List of Numbered Documents

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **
** ALL OTHERS MISSING AT THIS TIME **

Balance of file already in USCA on a Transfer Order Doc #2

( X ) Original Record                                    (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 20th Day of Sept_____, 2006.

**United States District Court for
the Southern District of New York**

Date: Sept. 20, 2007

U.S.C.A. # _____

-------------------------------------------------

*Reyes*

-v-

*Napoli*

-------------------------------------------------

U.S.D.C. # 07cv7140

D.C. JUDGE KMW

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __2__ Through __3__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**          **Document Description**

_Balance of file already in USCA on a Transfer Order._

**BALANCE OF FILE MISSING AT THIS TIME**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 20th Day of Sept.  In this year of our Lord, Two Thousand and Six, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
   Deputy Clerk

APPEAL, CLOSED, HABEAS

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-07140-KMW
#### Internal Use Only

Reyes v. Napoli
Assigned to: Judge Kimba M. Wood
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/10/2007
Date Terminated: 08/10/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/10/2007 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2254. Document filed by Ignacio Reyes.(jeh) (Entered: 08/21/2007) |
| 08/10/2007 |  | Magistrate Judge Kevin N. Fox is so designated. (jeh) (Entered: 08/21/2007) |
| 08/10/2007 | 2 | TRANSFER ORDER (U.S.C.A.),....transfers this matter to the U.S.C.A. for the Second Circuit.... Sent original file along with certified copy of docket entries and transfer order. Mailed via Inter-Office Mail on 08/10/2007. (Signed by Judge Kimba M. Wood on 08/10/2007) (jeh) (Entered: 08/21/2007) |
| 08/31/2007 | 3 | NOTICE OF APPEAL from [2] Transfer Order U.S.C.A. Document filed by Ignacio Reyes. (tp) (Entered: 09/18/2007) |
| 08/31/2007 |  | Appeal Remark as to [3] Notice of Appeal filed by Ignacio Reyes. $455.00 APPEAL FEE DUE. IFP REVOKED 8/10/07. COA DENIED 8/10/07.(tp) (Entered: 09/18/2007) |
| 09/18/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [3] Notice of Appeal. (tp) (Entered: 09/18/2007) |
| 09/18/2007 |  | Transmission of Notice of Appeal to the District Judge re: [3] Notice of Appeal. (tp) (Entered: 09/18/2007) |